Chet A. Kronenberg (State Bar No. 222335)
ckronenberg@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California  90067
Telephone:  (310) 407-7500
Facsimile:  (310) 407-7502

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAWORLD ENTERTAINMENT, INC., JIM ATCHISON, JAMES HEANEY, DAN BROWN, MARC SWANSON, DAVID F. D'ALESSANDRO, AND THE BLACKSTONE GROUP L.P.,<br><br>Defendants. | Case No. 3:14-cv-02129-MMA-JMA<br><br>**DEFENDANT SEAWORLD ENTERTAINMENT, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

1

## <u>NOTICE OF PARTY WITH FINANCIAL INTEREST</u>

2

Pursuant to Civil Local Rule 40.2, Defendant SeaWorld

3

Entertainment, Inc. ("SeaWorld"), by and through its counsel, certifies that

4

SeaWorld is a publicly traded company with no parent company.  Partnerships

5

affiliated with The Blackstone Group L.P. collectively own more than 10% of

6

SeaWorld stock.

7

8

Dated:  October 9, 2014

9

SIMPSON THACHER & BARTLETT LLP

10

11

By  */s/Chet A. Kronenberg*
Chet A. Kronenberg

12

13

1999 Avenue of the Stars, 29th Floor
Los Angeles, CA  90067
Telephone:   (310) 407-7500
Facsimile:    (310) 407-7502
Email:  ckronenberg@stblaw.com

14

15

Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28