1  Chet A. Kronenberg (State Bar No. 222335)
   ckronenberg@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   1999 Avenue of the Stars, 29th Floor
3  Los Angeles, California  90067
   Telephone:   (310) 407-7500
4  Facsimile:   (310) 407-7502

5  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAWORLD ENTERTAINMENT, INC., JIM ATCHISON, JAMES HEANEY, DAN BROWN, MARC SWANSON, DAVID F. D'ALESSANDRO, AND THE BLACKSTONE GROUP L.P.,<br><br>Defendants. | Case No. 3:14-cv-02129-MMA-JMA<br><br>**DEFENDANT THE BLACKSTONE GROUP L.P.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

Pursuant to Civil Local Rule 40.2, defendant The Blackstone Group, L.P. ("Blackstone"), by and through its counsel, certifies that Blackstone is a publicly traded limited partnership with no parent company and that no publicly traded corporation holds 10% or more of its stock.

Dated:  October 9, 2014

SIMPSON THACHER & BARTLETT LLP

By */s/Chet A. Kronenberg*
Chet A. Kronenberg

1999 Avenue of the Stars, 29th Floor
Los Angeles, CA  90067
Telephone:   (310) 407-7500
Facsimile:    (310) 407-7502
Email:  ckronenberg@stblaw.com

Attorneys for Defendants