Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILIARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>SEAWORLD ENTERTAINMENT, INC., JIM ATCHISON, JAMES HEANEY, DAN BROWN, MARC SWANSON, DAVID F. D'ALESSANDRO, THE BLACKSTONE GROUP L.P.,<br><br>Defendants. | No. 3:14-cv-02129-MMA-JMA<br><br>**NOTICE OF WITHDRAWAL LEAD PLAINTIFF MOTION OF LOUIS H. BAKER**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Michael M. Anello<br>Hearing Date: December 15, 2014<br>Time: 2:30 p.m.<br>CTRM: 3A |

1

Notice of Withdrawal of Lead Plaintiff Motion of Louis H. Baker
– No. 3:14-cv-02129-MMA-JMA

PLEASE TAKE NOTICE that, movant Louis H. Baker, having reviewed the competing lead plaintiff motions, does not appear to possess the "largest financial interest in the relief sought by the class," as required by the PSLRA. Accordingly, Mr. Baker hereby withdraws his lead plaintiff motion.

This withdrawal does not waive Mr. Baker's right to share in any recovery obtained for the benefit of class members.

Dated: November 17, 2014    Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

/s/ Laurence Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On November 17, 2014, I electronically filed the following **NOTICE OF WITHDRAWAL LEAD PLAINTIFF MOTION OF LOUIS H. BAKER** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on November 17, 2014.

    /s/ Laurence Rosen
    Laurence M. Rosen