# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEAWORLD ENTERTAINMENT, INC.; JIM ATCHISON; JAMES HEANEY; DAN BROWN; MARC SWANSON; DAVID F. D'ALESSANDRO; and THE BLACKSTONE GROUP L.P.,<br><br>Defendants. | Case No. 14-CV-02129-MMA (KSC)<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND SELECTION OF COUNSEL**<br><br>[Doc. No. 13] |

    Plaintiffs Pensionskassen For Børne- Og Ungdomspædagoger ("PBU") and Arkansas Public Employees Retirement System ("APERS") (collectively, the "Pension Funds") move for appointment as Lead Plaintiff and approval of their selection of counsel.

    Upon consideration of Plaintiffs' motion, the Court **GRANTS** the motion as follows:

//

//

1. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and 15 U.S.C. § 77z-1(a)(3)(B) the Pension Funds are appointed to serve as Lead Plaintiff in the above-captioned action.

2. The Pension Funds' selection of Kessler Topaz Meltzer & Check, LLP and Nix, Patterson & Roach, LLP as Co-Lead Counsel for the Class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v) and 15 U.S.C. § 77z-1(a)(3)(B)(v). Co-Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Additionally, Co-Lead Counsel shall have the following responsibilities:

    a. to brief and argue motions;

    b. to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    c. to direct and coordinate the examination of witnesses in depositions;

    d. to act as spokesperson at pretrial conferences;

    e. to initiate and conduct any settlement negotiations with Defendants' counsel;

    f. to consult with and employ experts; and

    g. to perform such other duties as may be expressly authorized by further order of this Court.

3. Kirby Noonan Lance & Hoge LLP is appointed as Liaison Counsel for the Class.

4. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any action that might properly be consolidated with the above-captioned action.

1     5. This Order shall apply to each subsequently-filed or transferred action unless a
2        party objects to this Order or any provision of this Order within ten (10) days
3        after the date upon which a copy of this Order is served on counsel for such
4        party. This Order shall apply to such action pending this Court's ruling on the
5        objections.
6     **IT IS SO ORDERED.**
7  Dated: December 10, 2014

8                                    _____
9                                    Hon. Michael M. Anello
                                     United States District Judge