| | |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF CALIFORNIA** |
| LOU BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAWORLD ENTERTAINMENT, INC.; JIM ATCHISON; JAMES HEANEY; DAN BROWN; MARC SWANSON; DAVID F. D'ALESSANDRO; and THE BLACKSTONE GROUP L.P.,<br><br>Defendants. | Case No. 14-CV-02129-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR SCHEDULING ORDER**<br><br>[Doc. No. 33] |

Lead Plaintiffs Pensionskassen For Børne- Og Ungdomspædagoger and Arkansas Public Employees Retirement System (collectively, "Lead Plaintiffs") and Defendants Sea World Entertainment, Inc., et al., jointly move for a scheduling order setting deadlines to file an amended complaint and any motion(s) to dismiss.

//

//

//

//

//

Upon due consideration of the parties' joint motion, good cause appearing, the Court **GRANTS** the joint motion as follows:

1. Lead Plaintiffs shall file any amended complaint on or before **February 27, 2015**.
2. Defendants shall file any motion(s) to dismiss or shall otherwise respond to the amended complaint within **60 days** of the filing of the amended complaint.
3. Lead Plaintiffs shall file any opposition(s) to Defendants' motion(s) to dismiss within **60 days** of the filing of the motion(s) to dismiss.
4. Defendants shall file any reply brief(s) in support of their motion(s) to dismiss within **30 days** of the filing of Lead Plaintiffs' opposition(s) to the motion(s) to dismiss.

**IT IS SO ORDERED.**

Dated: December 29, 2014

Hon. Michael M. Anello
United States District Judge