| | |
|---|---|
| 1 | Chet A. Kronenberg (State Bar No. 222335) |
| 2 | ckronenberg@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP |
| 3 | 1999 Avenue of the Stars, 29th Floor<br>Los Angeles, California  90067 |
| 4 | Telephone:   (310) 407-7500<br>Facsimile:    (310) 407-7502 |
| 5 | Jonathan K. Youngwood (*pro hac vice*) |
| 6 | jyoungwood@stblaw.com<br>Janet A. Gochman (*pro hac vice*) |
| 7 | jgochman@stblaw.com<br>Meredith D. Karp (*pro hac vice*) |
| 8 | meredith.karp@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP |
| 9 | 425 Lexington Avenue<br>New York, New York 10017 |
| 10 | Telephone:   (212) 455-2000<br>Facsimile:    (212) 455-2502 |
| 11 | Attorneys for Defendants SeaWorld |
| 12 | Entertainment, Inc., James Atchison, James M. Heaney, Marc Swanson and The Blackstone Group L.P. |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>               Defendants. | Case No. 3:14-cv-02129-MMA-AGS<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**<br><br>The Honorable Andrew G. Schopler<br><br>Action Filed:   September 9, 2014<br>Trial Date:      To be determined |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that, based on Plaintiffs' disclosure of the confidential witnesses they referenced in the second amended consolidated class action complaint and sought through Defendants' motion to compel with a hearing date of April 18 at 1:00 p.m. (ECF Dkt. 165), Defendants hereby withdraw their motion. |

Dated:  April 4, 2017

                                          SIMPSON THACHER & BARTLETT LLP

                                        By */s/ Chet A. Kronenberg*
                                                CHET A. KRONENBERG

                                        Attorneys for Defendants
                                        SeaWorld Entertainment, Inc., James
                                        Atchison, James M. Heaney, Marc Swanson
                                        and The Blackstone Group L.P.