Chet A. Kronenberg (State Bar No. 222335)
ckronenberg@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

Jonathan K. Youngwood (*pro hac vice*)
jyoungwood@stblaw.com
Janet A. Gochman (*pro hac vice*)
jgochman@stblaw.com
Meredith D. Karp (*pro hac vice*)
meredith.karp@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Defendants SeaWorld Entertainment, Inc., James Atchison, James M. Heaney, Marc Swanson and The Blackstone Group L.P.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No. 3:14-cv-02129-MMA-AGS<br><br>**EX PARTE APPLICATION TO FILE UNDER SEAL DEFENDANT SEAWORLD ENTERTAINMENT, INC.'S BRIEF SHOWING GOOD CAUSE TO SEAL CONFIDENTIAL DOCUMENTS**<br><br>The Honorable Andrew G. Schopler<br><br>Action Filed: September 9, 2014<br>Trial Date: To be determined<br><br>[Filed concurrently herewith: Declaration of Chet A. Kronenberg; [Proposed] Order] |

1 | On April 17, 2017, the Court ordered Defendants to file a brief explaining what, if any, good cause exists to seal three documents lodged under seal by Plaintiffs in connection with their motion to compel. Dkt. No. 176. Defendant SeaWorld Entertainment Inc.'s Brief Showing Good Cause to Seal Confidential Documents (the "Good Cause Brief") (lodged concurrently herewith) establishes that good cause exists to seal: (i) the three documents at issue; and (ii) the portions of Plaintiffs' brief and the transcript of oral argument referencing those documents.

The same good cause to seal applies to Defendant SeaWorld Entertainment Inc.'s Good Cause Brief because it, by necessity, describes the three documents at issue. Defendants therefore respectfully request the Court enter an Order allowing Defendant SeaWorld Entertainment Inc. to file its Good Cause Brief under seal. The parties met and conferred prior to filing this motion, and Plaintiffs represented that they take no position one way or the other with respect to this application.

Dated: April 24, 2017

SIMPSON THACHER & BARTLETT LLP

By /s/ Chet A. Kronenberg
CHET A. KRONENBERG

Attorneys for Defendants
SeaWorld Entertainment, Inc., James Atchison, James M. Heaney, Marc Swanson and The Blackstone Group L.P.