NOONAN LANCE BOYER &
    BANACH LLP
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, CA 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com
*Liaison Counsel for the Class*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOU BAKER, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>vs.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>         Defendants. | Case No.: 3:14-cv-2129-MMA-AGS<br><br>**CLASS ACTION**<br><br>**LEAD PLAINTIFFS' MOTION TO FILE UNDER SEAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND CERTAIN EXHIBITS THERETO**<br><br>Hearing Date:   November 13, 2017<br>Time:           2:30 p.m.<br>Courtroom:      3D<br>Judge:          Hon. Michael M. Anello<br><br>[Filed concurrently herewith: [Proposed] Order] |

{02088288}

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Court-Appointed Lead Plaintiffs, Arkansas Public Employees Retirement System ("APERS") and Pensionskassen For Børne- Og Ungdomspædagoger ("PBU") (collectively "Lead Plaintiffs"), hereby move this Court for an Order granting Lead Plaintiffs' Motion to File Under Seal Memorandum of Points and Authorities in Support of Lead Plaintiffs' Motion for Class Certification and Certain Exhibits Thereto.

In accordance with the Orders of this Court, *see* ECF Nos. 166, 169 & 186, Lead Plaintiffs will file their Motion for Class Certification and Memorandum of Points and Authorities in support thereof on May 19, 2017. In support of their memorandum, Lead Plaintiffs intend to attach documents produced by Defendants in the course of discovery in this action as Exhibits 1 through 18 to the Declaration of Cody Hill in support of their memorandum, and to discuss those exhibits in the body of their memorandum. Defendants have designated Exhibits 1 through 18 as "Confidential" under the Protective Order entered by the Court (ECF Nos. 157, 158), along with every other document they have produced in this case. The Protective Order requires that documents designated as Confidential by one of the parties be filed under seal. *See* ECF No. 157 at ¶16. Therefore, in order to comply with the Protective Order, Lead Plaintiffs respectfully request the Court enter an Order allowing Lead Plaintiffs to file their memorandum and Exhibits 1 through 18 under seal.

Lead Plaintiffs reserve the right to challenge Defendants' blanket designation of all documents produced in this case as Confidential, including Exhibits 1 through 18, which Plaintiffs specifically do not believe qualify as Confidential under the Protective Order.

---

{02088288}LEAD PLAINTIFFS' MOTION TO FILE UNDER SEAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND CERTAIN EXHIBITS THERETO
3:14-CV-2129-MMA-AGS

DATED:     May 19, 2017

**NOONAN LANCE BOYER & BANACH LLP**

By: */s/ Ethan T. Boyer*
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, California 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com

*Liaison Counsel for the Class*

**NIX, PATTERSON & ROACH, LLP**

Jeffrey J. Angelovich
Bradley E. Beckworth
Cody L. Hill
3600 N. Capital of Texas Hwy.,
Suite 350
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5332
jangelovich@nixlaw.com
bbeckworth@nixlaw.com
codyhill@nixlaw.com

-and-

Susan Whatley
205 Linda Drive
Daingerfield, TX 75638
Tel: (903) 645-7333
Fax: (903) 645-4415
swhatley@nixlaw.com

| | |
|---|---|
| 1 | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| 2 | |
| 3 | Gregory M. Castaldo |
| 4 | Eric L. Zagar (Bar No. 250519) |
| | Joshua E. D'Ancona |
| 5 | Joshua A. Materese |
| 6 | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| 7 | Tel: (610) 667-7706 |
| 8 | Fax: (610) 667-7056 |
| | gcastaldo@ktmc.com |
| 9 | ezagar@ktmc.com |
| 10 | jdancona@ktmc.com |
| | jmaterese@ktmc.com |
| 11 | |
| 12 | |
| 13 | *Co-Lead Counsel for Lead Plaintiffs and the Class* |

{02088288}LEAD PLAINTIFFS' MOTION TO FILE UNDER SEAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND CERTAIN EXHIBITS THERETO

3:14-CV-2129-MMA-AGS

3

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Chet A. Kronenberg | ckronenberg@stblaw.com |
| Jonathan K. Youngwood | jyongwood@stblaw.com |
| Janet A. Gochman | jgochman@stblaw.com |
| Meredith D. Karp | meredith.karp@stblaw.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 19, 2017

*/s/ Ethan T. Boyer*
Ethan T. Boyer

{02088288}LEAD PLAINTIFFS' MOTION TO FILE UNDER SEAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND CERTAIN EXHIBITS THERETO

3:14-CV-2129-MMA-AGS

4