NOONAN LANCE BOYER &
  BANACH LLP
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, CA 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com
*Liaison Counsel for the Class*

[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>    Defendants. | Case No.: 3:14-cv-2129-MMA-AGS<br><br>**CLASS ACTION**<br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RULING ON OBJECTIONS TO DEFENDANTS' CONFIDENTIALITY DESIGNATIONS**<br><br>Hearing Date:  August 28, 2017<br>Time:           2:30 p.m.<br>Courtroom:    3D<br>Judge:          Hon. Michael M. Anello<br><br>[Filed concurrently herewith: Memorandum of Points and Authorities; Declaration of Cody L. Hill] |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT Court-Appointed Lead Plaintiffs, Arkansas Public Employees Retirement System ("APERS") and Pensionskassen For Børne-Og Ungdomspædagoger ("PBU") (collectively, "Lead Plaintiffs"), by and through their undersigned attorneys, and on behalf of the Class, hereby move this Court for an Order granting Lead Plaintiffs' Motion for Ruling on Defendants' Confidentiality Designations.

This Motion is based on this Notice of Motion and Motion for Ruling on Defendants' Confidentiality Designations, Lead Plaintiffs' concurrently filed Memorandum of Points and Authorities in Support thereof and the exhibits attached thereto, all materials on file in this action, any oral argument and all such further evidence and materials the Court may consider in hearing this Motion.

PLEASE TAKE FURTHER NOTICE THAT a hearing on Lead Plaintiffs' Motion has been scheduled on the Court's calendar to be held on August 28, 2017, at 2:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 3D of the United States Courthouse for the Southern District of California, San Diego, California, before the Honorable Michael M. Anello,

DATED:     July 20, 2017

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By: /s/ *Joshua E. D'Ancona*
Gregory M. Castaldo
Eric L. Zagar (Bar No. 250519)
Joshua E. D'Ancona
Joshua A. Materese
280 King of Prussia Road

Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
gcastaldo@ktmc.com
ezagar@ktmc.com
jdancona@ktmc.com
jmaterese@ktmc.com

**NIX, PATTERSON & ROACH, LLP**
Jeffrey J. Angelovich
Bradley E. Beckworth
Cody L. Hill
3600 N. Capital of Texas Hwy.,
Suite 350
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5332
jangelovich@nixlaw.com
bbeckworth@nixlaw.com
codyhill@nixlaw.com

-and-

Susan Whatley
205 Linda Drive
Daingerfield, TX 75638
Tel: (903) 645-7333
Fax: (903) 645-4415
swhatley@nixlaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**NOONAN LANCE BOYER & BANACH LLP**
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, California 92101

LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
RULING ON OBJECTIONS TO DEFENDANTS' CONFIDENTIALITY DESIGNATIONS
3:14-CV-2129-MMA-AGS

2

Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com

*Liaison Counsel for the Class*

LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
RULING ON OBJECTIONS TO DEFENDANTS' CONFIDENTIALITY DESIGNATIONS
3:14-CV-2129-MMA-AGS

3

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2017 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Chet A. Kronenberg | ckronenberg@stblaw.com |
| Jonathan K. Youngwood | jyoungwood@stblaw.com |
| Janet A. Gochman | jgochman@stblaw.com |
| Meredith D. Karp | meredith.karp@stblaw.com |
| Dean McGee | dean.mcgee@stblaw.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 20, 2017              */s/  Joshua E. D'Ancona*
                                                    Joshua E. D'Ancona