1   NOONAN LANCE BOYER &
2       BANACH LLP
    David J. Noonan (Bar No. 55966)
3   Ethan T. Boyer (Bar No. 173959)
    701 Island Avenue, Suite 400
4   San Diego, CA 92101
5   Tel: (619) 780-0880
    dnoonan@noonanlance.com
6   eboyer@noonanlance.com
7   *Liaison Counsel for the Class*
8
    [additional counsel listed on signature page]
9
10
                UNITED STATES DISTRICT COURT
11            SOUTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| LOU BAKER, individually and on behalf of all others similarly situated, | Case No.:  3:14-cv-2129-MMA-AGS |
| Plaintiff, | **CLASS ACTION** |
| vs. | **LEAD PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBITS ATTACHED TO THE DECLARATION OF CODY L. HILL IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR RULING ON OBJECTIONS TO DEFENDANTS' CONFIDENTIALITY DESIGNATIONS** |
| SEAWORLD ENTERTAINMENT, INC., et al., | |
| Defendants. | |
| | Hearing Date:    August 28, 2017 |
| | Time:            2:30 p.m. |
| | Courtroom:       3D |
| | Judge:           Hon. Michael M. Anello |
| | [Filed concurrently herewith: [Proposed] Order] |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Court-Appointed Lead Plaintiffs, Arkansas Public Employees Retirement System ("APERS") and Pensionskassen For Børne- Og Ungdomspædagoger ("PBU") (collectively "Lead Plaintiffs"), hereby move this Court for an Order granting Lead Plaintiffs' Motion to File Under Seal Exhibits Attached to Lead Plaintiffs' Motion for Ruling on Defendants' Confidentiality Designations.

In support of their Motion for Class Certification and Memorandum of Points and Authorities in support thereof, filed on May 19, 2017, Lead Plaintiffs submitted evidence to the Court, attached as exhibits to the Declaration of Cody Hill in Support of Lead Plaintiffs' Motion for Class Certification.  *See* ECF Nos. 187-88.  Certain of these exhibits (the "Objected-to Materials") are documents produced by Defendants in the course of discovery in this action, and were discussed in Lead Plaintiffs' memorandum.  *See id.*  Like every other document they have produced in this case, Defendants designated the Objected-to Materials as "Confidential" under the Protective Order entered in this action, which requires any documents so designated to be filed under seal.  *See* ECF No. 158 at ¶16.  Accordingly, to comply with the Protective Order, Lead Plaintiffs sought permission to file their memorandum and the Objected-to Materials under seal.  *See* ECF Nos. 187.  However, Lead Plaintiffs notified the Court they did not believe the Objected-to Materials deserved confidential treatment and reserved the right to challenge Defendants' confidentiality designations.  *See id.*; *see also* ECF No. 158 at ¶16 ("Filing a document under seal is without prejudice to any party's right to argue to the Court that the document is not Confidential and need not be preserved under seal.").

Subsequently, Lead Plaintiffs provided written notice to Defendants of Lead Plaintiffs' objections to Defendants' designations of the Objected-to Materials as

LEAD PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBITS ATTACHED TO LEAD PLAINTIFFS' MOTION FOR RULING ON OBJECTIONS TO DEFENDANTS' CONFIDENTIALITY DESIGNATIONS
3:14-CV-2129-MMA-AGS

1

"Confidential" in accordance with the Protective Order.  *See* ECF No. 158 at ¶15. The parties have not been able to consensually resolve this dispute.  Therefore, under the procedure provided in the Protective Order, Lead Plaintiffs now seek a ruling from the Court on Lead Plaintiffs' objections to these designations.  *See id.* (providing "the objecting party may move the Court for a ruling on the objection" if the parties do not consensually resolve a confidentiality dispute within 15 days of written notice of the objection).  The Protective Order, however, provides that any materials subject to a confidentiality challenge "must be treated as Confidential until the Court has ruled on the objection or the matter has otherwise been resolved."  *Id.*

Accordingly, attached to the Declaration of Cody L. Hill in Support of Lead Plaintiffs' Motion for Ruling on Objections to Defendants' Confidentiality Objections are three exhibits (the "Exhibits") for which Lead Plaintiffs respectfully request the Court's permission to file under seal, in order to comply with the Protective Order.  Lead Plaintiffs also respectfully request to redact any portions of the Motion which reference facts in the Exhibits in order to comply with the Protective Order.

First, Exhibit 1 is a document produced by Defendants in this action that Defendants have designated as "Confidential" under the Protective Order.  As such, under the Protective Order, this Exhibit is to be filed under seal. *See* ECF No. 158 at ¶16.[1]  Second, Exhibits 2 and 3 are correspondence between counsel for the parties discussing the propriety of Defendants' confidentiality designations of the Objected-to Materials.  Therefore, because Exhibits 2 and 3 discuss the contents of the

---

[1]     Similar to the Objected-to Materials, Lead Plaintiffs do not agree that Exhibit 1 is properly designated as "Confidential" under the Protective Order for reasons set forth in Lead Plaintiffs' memorandum.  Therefore, Lead Plaintiffs reserve the right to challenge Defendants' confidentiality designation of Exhibit 1 under the Protective Order.  *See* ECF No. 158 at ¶¶15-16.

LEAD PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBITS ATTACHED TO LEAD PLAINTIFFS' MOTION FOR RULING ON OBJECTIONS TO DEFENDANTS' CONFIDENTIALITY DESIGNATIONS
3:14-CV-2129-MMA-AGS

2

1   Objected-to Materials, which are the subject of Lead Plaintiffs' confidentiality

2   challenge, the Protective Order requires that these Exhibits "must be treated as

3   Confidential until the Court has ruled on the objection or the matter has otherwise

4   been resolved."   ECF No. 158 at ¶15.   Because the Protective Order requires that

5   each of the Exhibits be filed under seal, Lead Plaintiffs respectfully request the Court

6   enter an Order allowing Lead Plaintiffs to file the Exhibits under seal and redact any

7   portion of the Motion which references the facts in the Exhibits.

8

9   DATED:       July 20, 2017

10                                          **KESSLER TOPAZ MELTZER &
                                            CHECK, LLP**

11

12                                          By: */s/ Joshua E. D'Ancona*
                                            Gregory M. Castaldo

13                                          Eric L. Zagar (Bar No. 250519)
                                            Joshua E. D'Ancona

14                                          Joshua A. Materese
                                            280 King of Prussia Road

15                                          Radnor, PA 19087
                                            Tel: (610) 667-7706

16                                          Fax: (610) 667-7056
                                            gcastaldo@ktmc.com

17                                          ezagar@ktmc.com

18                                          jdancona@ktmc.com
                                            jmaterese@ktmc.com

19

20

21                                          **NIX, PATTERSON & ROACH, LLP**

22                                          Jeffrey J. Angelovich

23                                          Bradley E. Beckworth
                                            Cody L. Hill

24                                          3600 N. Capital of Texas Hwy.,

25                                          Suite 350
                                            Austin, TX 78746

26                                          Tel: (512) 328-5333

27

28

LEAD PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBITS ATTACHED TO LEAD PLAINTIFFS' MOTION FOR RULING ON
OBJECTIONS TO DEFENDANTS' CONFIDENTIALITY DESIGNATIONS
3:14-CV-2129-MMA-AGS

3

Fax: (512) 328-5332
jangelovich@nixlaw.com
bbeckworth@nixlaw.com
codyhill@nixlaw.com

-and-

Susan Whatley
205 Linda Drive
Daingerfield, TX 75638
Tel: (903) 645-7333
Fax: (903) 645-4415
swhatley@nixlaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**NOONAN LANCE BOYER & BANACH LLP**

David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, California 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com

*Liaison Counsel for the Class*

LEAD PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBITS ATTACHED TO LEAD PLAINTIFFS' MOTION FOR RULING ON
OBJECTIONS TO DEFENDANTS' CONFIDENTIALITY DESIGNATIONS
3:14-CV-2129-MMA-AGS

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system.  Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Chet A. Kronenberg | ckronenberg@stblaw.com |
| Jonathan K. Youngwood | jyoungwood@stblaw.com |
| Janet A. Gochman | jgochman@stblaw.com |
| Meredith D. Karp | meredith.karp@stblaw.com |
| Dean McGee | dean.mcgee@stblaw.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:     July 20, 2017

*/s/ Joshua E. D'Ancona*
Joshua E. D'Ancona

LEAD PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBITS ATTACHED TO LEAD PLAINTIFFS' MOTION FOR RULING ON OBJECTIONS TO DEFENDANTS' CONFIDENTIALITY DESIGNATIONS
3:14-CV-2129-MMA-AGS

5