1 | Chet A. Kronenberg (State Bar No. 222335)
ckronenberg@stblaw.com
2 | SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
3 | Los Angeles, California 90067
Telephone: (310) 407-7500
4 | Facsimile: (310) 407-7502

5 | Jonathan K. Youngwood (*pro hac vice*)
jyoungwood@stblaw.com
6 | Janet A. Gochman (*pro hac vice*)
jgochman@stblaw.com
7 | Dean McGee (*pro hac vice*)
dean.mcgee@stblaw.com
8 | Meredith D. Karp (*pro hac vice*)
meredith.karp@stblaw.com
9 | SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
10 | New York, New York 10017
Telephone: (212) 455-2000
11 | Facsimile: (212) 455-2502

12 | Attorneys for Defendants SeaWorld Entertainment, Inc., James Atchison, James
13 | M. Heaney, Marc Swanson and The Blackstone Group L.P.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No. 3:14-cv-02129-MMA-AGS<br><br>**DECLARATION OF CHET A. KRONENBERG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: November 13, 2017<br>Time: 2:30 p.m.<br>Judge: Hon. Michael M. Anello<br>Courtroom: 3D<br><br>[Filed concurrently herewith: Opposition to Plaintiffs' Motion for Class Certification; Request for Judicial Notice] |

Declaration of Chet A. Kronenberg in Support of
Defendants' Opposition to Plaintiffs' Motion for Class Certification
Case No. 3:14-cv-02129-MMA-AGS

# DECLARATION OF CHET A. KRONENBERG

I, Chet A. Kronenberg, hereby declare:

1. I am a member of the bar of the State of California and I am admitted to practice before this Court. I am a partner of Simpson Thacher & Bartlett LLP, counsel for Defendants SeaWorld Entertainment, Inc. ("SeaWorld"), James Atchison, James M. Heaney, Marc Swanson and The Blackstone Group L.P. (collectively, "Defendants"). I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion For Class Certification. I base this declaration on my personal knowledge and my review of the files in the possession of my firm, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Excerpts from SeaWorld's Securities Registration Statement (Form S-1/A), filed with the SEC on April 18, 2013 | Exhibit 1 |
| Excerpts from SeaWorld's Prospectus (Form 424B4), filed with the SEC on December 12, 2013 | Exhibit 2 |
| Excerpts from SeaWorld's 2013 Annual Report (Form 10-K), filed with the SEC on March 21, 2014 | Exhibit 3 |
| Certification of the Arkansas Public Employees Retirement System, as filed with the Court on November 10, 2014 as Exhibit A to the Declaration of David J. Noonan (ECF 13-3) | Exhibit 4 |
| ■■■ | Exhibit 5 |
| ■■■ | Exhibit 6 |
| ■■■ | Exhibit 7 |
| Excerpts from SeaWorld's Press Release (Form 8-K), filed with the SEC on March 13, 2014 | Exhibit 8 |

1
Declaration of Chet A. Kronenberg in Support of
Defendants' Opposition to Plaintiffs' Motion for Class Certification
Case No. 3:14-cv-02129-MMA-AGS

| | |
|---|---|
| Transcript of SeaWorld's Fourth Quarter 2013 Earnings Call, dated March 13, 2014 | Exhibit 9 |
| SeaWorld's Press Release (Form 8-K), filed with the SEC on August 13, 2014 | Exhibit 10 |
| Expert Report of Dr. Walt Torous | Exhibit 11 |
| ██████████████████████████████████ | Exhibit 12 |
| ██████████████████████████████████ | Exhibit 13 |
| ██████████████████████████████████ | Exhibit 14 |
| ██████████████████████████████████ | Exhibit 15 |
| ██████████████████████████████████ | Exhibit 16 |
| Joint Declaration of Jesper Jakobsen and Gail Stone in Support of the Motion of Pensionskassen For Børne-Og Ungdomspædagoger and Arkansas Public Employees Retirement System for Appointment as Lead Plaintiff, as filed with the Court on November 10, 2014 as Exhibit D to the Declaration of David J. Noonan (ECF 13-6) | Exhibit 17 |
| Excerpts from the transcript of the deposition of Chad William Coffman, dated July 20, 2017 | Exhibit 18 |

Executed this 27th day of July, 2017 at Los Angeles, California.

/s/ *Chet A. Kronenberg*
Chet A. Kronenberg

2
Declaration of Chet A. Kronenberg in Support of
Defendants' Opposition to Plaintiffs' Motion for Class Certification
Case No. 3:14-cv-02129-MMA-AGS