NOONAN LANCE BOYER &
   BANACH LLP
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, CA 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com
*Liaison Counsel for the Class*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOU BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 3:14-cv-2129-MMA-AGS<br><br>**CLASS ACTION**<br><br>**PARTIES' JOINT STATUS REPORT AND PROPOSED SCHEDULE**<br><br>Action Filed: September 9, 2014<br><br>The Honorable Andrew G. Schopler |

Pursuant to the Court's instructions during the March 28, 2018 telephonic status conference in this action, the parties—Class Representatives Arkansas Public Employees Retirement System and Pensionskassen For Børne-Og Ungdomspædagoger ("Class Representatives") and Defendants SeaWorld Entertainment, Inc. ("SeaWorld"), The Blackstone Group L.P. ("Blackstone"), James Atchison ("Atchison"), James M. Heaney ("Heaney") and Marc Swanson ("Swanson") (collectively, "Defendants")—file this Joint Status Report and Proposed Scheduling Order and respectfully show the Court the following:

## BACKGROUND

On December 7, 2017, the Honorable Michael M. Anello entered an Order Granting United States' Unopposed Motion to Intervene and to Extend Partial Stay of Discovery in this action, which extended the partial discovery stay and prohibited the taking of any depositions through April 2, 2018. *See* ECF No. 267. Following the Court's Order, on January 19, 2018, the Honorable Andrew G. Schopler entered an Order: (1) Granting in Part and Denying in Part the Parties' Joint Motion to Amend the Scheduling Order (ECF No. 282) and (2) Vacating the Scheduling Order. *See* ECF No. 283. Therein, Judge Schopler "vacate[d] the current case schedule" and ordered the parties to contact Judge Schopler's chambers "within three days of the end of the stay to reset the schedule[.]" *See id.*

On March 28, 2018, Judge Schopler held a telephonic status conference with the parties' counsel to discuss scheduling. *See* ECF No. 292. During the status conference, the parties advised the Court as to the status of this action and agreed to submit a written joint status report to the Court with a proposed schedule by Tuesday, April 3, 2018.

On April 2, 2018, the partial discovery stay prohibiting the parties from taking any depositions expired. Also on April 2, 2018, the Unites States moved the Court for a more limited stay prohibiting the parties from taking the depositions of seven

individuals, including the three Individual Defendants in this Action – Atchison, Heaney and Swanson. *See* ECF Nos. 294, 294-1. None of the parties in this Action oppose the United States' motion. Class Representatives intend at this time to take the depositions of all seven of these individuals.

Having conferred with one another regarding an appropriate and reasonable schedule for proceeding in this action, the undersigned counsel now jointly move the Court to enter an Order adopting the schedule set forth below. Moreover, if the Court grants the United States' motion, the parties have also agreed to provide the Court with a joint status update concerning their ability or inability to take those depositions at the earlier of sixty (60) days before the close of fact discovery or fourteen (14) days after the United States' proposed stay expires or is lifted, in whole or in part.

## PARTIES' PROPOSED SCHEDULE

| Event | Joint Proposed Deadline |
|---|---|
| Fact Discovery Completion | September 28, 2018 |
| Expert Witness Designations | October 19, 2018 |
| Expert Disclosures | November 2, 2018 |
| Rebuttal Expert Witness Designations | November 16, 2018 |
| Rebuttal Expert Disclosures | December 21, 2018 |
| Expert Discovery Completion | January 25, 2019 |
| Pretrial Motions | February 8, 2019 |
| MSC Briefs | March 1, 2019 |
| Mandatory Settlement Conference | March 8, 2019 |

{02156439}     PARTIES' JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER
3:14-CV-2129-MMA-AGS

| | |
|---|---|
| Motions in Limine | May 3, 2019 |
| Rule 26(a)(3) Disclosures | May 3, 2019 |
| Memo of Contentions | May 3, 2019 |
| Meet and Confer on the PTO | May 10, 2019 |
| Draft PTO to Defense Counsel | May 17, 2019 |
| Responses to Motion in Limine | May 24, 2019 |
| Final Pretrial Conference | June 7, 2019 at 2:30 p.m. |
| Lodge PTO | June 14, 2019 |
| Trial | July 8, 2019 at 9:00 a.m. |

A proposed Order adopting the schedule set forth above is being submitted contemporaneously herewith.

DATED: April 3, 2018            Respectfully submitted,

**NOONAN LANCE BOYER & BANACH LLP**

By: */s/ Ethan . Boyer*
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, California 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com

*Liaison Counsel for the Class*

{02156439}    PARTIES' JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER
3:14-CV-2129-MMA-AGS

**NIX, PATTERSON & ROACH, LLP**

Jeffrey J. Angelovich
Bradley E. Beckworth
Cody L. Hill
3600 N. Capital of Texas Hwy.,
Suite 350
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5332
jangelovich@nixlaw.com
bbeckworth@nixlaw.com
codyhill@nixlaw.com

-and-

Susan Whatley
205 Linda Drive
Daingerfield, TX 75638
Tel: (903) 645-7333
Fax: (903) 645-4415
swhatley@nixlaw.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**

Gregory M. Castaldo
Eric L. Zagar (Bar No. 250519)
Joshua E. D'Ancona
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
gcastaldo@ktmc.com
ezagar@ktmc.com
jdancona@ktmc.com
jmaterese@ktmc.com

*Co-Lead Counsel for Plaintiffs and the Class*

| | | |
|---|---|---|
| 1 | Dated:  April 3, 2018 | **SIMPSON THACHER & BARTLETT LLP** |
| 2 | | By: */s/ Jonathan K. Youngwood* |
| 3 | | Chet A. Kronenberg |
| | | 1999 Avenue of the Stars, 29th Floor |
| 4 | | Los Angeles, CA 90067 |
| 5 | | Telephone: (310) 407-7500 |
| | | Facsimile: (310) 407-7502 |
| 6 | | Email: ckronenberg@stblaw.com |
| 7 | | |
| 8 | | Jonathan K. Youngwood (*pro hac vice*) |
| | | Janet A. Gochman (*pro hac vice*) |
| 9 | | Meredith D. Karp (*pro hac vice*) |
| | | 425 Lexington Avenue |
| 10 | | New York, New York 10017 |
| 11 | | Telephone: (212) 455-2000 |
| | | Facsimile: (212) 455-2502 |
| 12 | | Email: jyoungwood@stblaw.com |
| 13 | | Email: jgochman@stblaw.com |
| | | Email: meredith.karp@stblaw.com |

*Attorneys for Defendants SeaWorld Entertainment, Inc., James M. Heaney, Marc Swanson and The Blackstone Group L.P.*

| | | |
|---|---|---|
| 1 | Dated: April 3, 2018 | **KATTEN MUCHIN ROSENMAN LLP** |
| 2 | | By: */s/ Michael J. Lohnes* |
| 3 | | Richard H. Zelichov |
| | | Jason Y. Kelly |
| 4 | | 2029 Century Park East, Suite 600 |
| 5 | | Los Angeles, CA 90067 |
| | | Telephone: (310) 788-4400 |
| 6 | | Facsimile: (310) 788-4471 |
| 7 | | Email: richard.zelichov@kattenlaw.com |
| | | Email: jason.kelly@kattenlaw.com |
| 8 | | |
| 9 | | Michael J. Diver |
| | | Michael J. Lohnes |
| 10 | | Gil M. Soffer |
| 11 | | KATTEN MUCHIN ROSENMAN LLP |
| | | 525 West Monroe Street, Suite 1900 |
| 12 | | Chicago, IL 60661 |
| 13 | | Telephone: (312) 902-5200 |
| | | Email: michael.diver@kattenlaw.com |
| 14 | | Email: michael.lohnes@kattenlaw.com |
| 15 | | Email: gil.soffer@kattenlaw.com |
| 16 | | *Attorneys for Defendant James Atchison* |

{02156439}    PARTIES' JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER
3:14-CV-2129-MMA-AGS

## **SIGNATURE ATTESTATION**

Pursuant to Section 2(f)(4) of the Court's Administrative Policies, I hereby certify that authorization for filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signatures on this document.

>                     */s/ Cody L. Hill*
>                     Cody L. Hill

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 3, 2018

*/s/ Ethan T. Boyer*
Ethan T. Boyer