| | |
|---|---|
| 1 | NOONAN LANCE BOYER & |
| 2 | BANACH LLP |
|   | David J. Noonan (Bar No. 55966) |
| 3 | Ethan T. Boyer (Bar No. 173959) |
| 4 | 701 Island Avenue, Suite 400 |
|   | San Diego, CA 92101 |
| 5 | Tel: (619) 780-0880 |
| 6 | dnoonan@noonanlance.com |
|   | eboyer@noonanlance.com |
| 7 | *Liaison Counsel for the Class* |

[additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 3:14-cv-2129-MMA-AGS<br><br>**CLASS ACTION**<br><br>**CLASS REPRESENTATIVES' NOTICE OF MOTION AND UNOPPOSED MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE**<br><br>Hearing: December 3, 2018 at 2:30 p.m.<br>Courtroom: 3D<br>Judge: Hon. Michael M. Anello |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Court-appointed Class Representatives Arkansas Public Employees Retirement System and Pensionskassen For Børne-Og Ungdomspædagoger (the "Class Representatives"), individually and on behalf of the certified Class, hereby move this Court, before The Honorable Michael M. Anello, United States District Judge for the United States District Court for the Southern District of California, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an Order: (i) approving the form and content of the proposed Notice of Pendency of Class Action ("Notice") and the proposed Summary Notice of Pendency of Class Action ("Summary Notice"); and (ii) approving the proposed method for disseminating the Notice and Summary Notice to the Class ("Notice Plan").

In support of this motion, Class Representatives file herewith: (i) the Memorandum of Points and Authorities in Support of Class Representatives' Unopposed Motion to Approve the Form and Manner of Class Notice; and (ii) the Declaration of Joshua E. D'Ancona, attaching the proposed Order Approving the Form and Manner of Class Notice as Exhibit A and the Notice, Summary Notice and Notice Plan thereto as Exhibits 1, 2 and 3, respectively. Defendants do not oppose the relief requested in this Motion.

DATED: October 9, 2018

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By: */s/ Joshua E. D'Ancona*
Gregory M. Castaldo
Eric L. Zagar (Bar No. 250519)
Joshua E. D'Ancona
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706

CLASS REPRESENTATIVES' NOTICE OF MOTION AND UNOPPOSED MOTION
TO APPROVE THE FORM AND MANNER OF CLASS NOTICE
CASE NO.: 3:14-CV-2129-MMA-AGS

1

Fax: (610) 667-7056
gcastaldo@ktmc.com
ezagar@ktmc.com
jdancona@ktmc.com
jmaterese@ktmc.com

**NIX PATTERSON, LLP**
Jeffrey J. Angelovich
Bradley E. Beckworth
Cody L. Hill
3600 N. Capital of Texas Hwy.
Suite 350
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5332
jangelovich@nixlaw.com
bbeckworth@nixlaw.com
codyhill@nixlaw.com

-and-

Susan Whatley
205 Linda Drive
Daingerfield, TX 75638
Tel: (903) 645-7333
Fax: (903) 645-4415
swhatley@nixlaw.com

*Class Counsel for Class Representatives and the Class*

**NOONAN LANCE BOYER & BANACH LLP**
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, California 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com

*Liaison Counsel for the Class*

CLASS REPRESENTATIVES' NOTICE OF MOTION AND UNOPPOSED MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE
CASE NO.: 3:14-CV-2129-MMA-AGS

2

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Mark Cipolletti | mark.cipolletti@usdoj.gov |
| Chet A. Kronenberg | ckronenberg@stblaw.com |
| Jonathan K. Youngwood | jyoungwood@stblaw.com |
| Janet A. Gochman | jgochman@stblaw.com |
| Meredith D. Karp | meredith.karp@stblaw.com |
| Dean M. McGee | dean.mcgee@stblaw.com |
| Michael J. Diver | michael.diver@kattenlaw.com |
| Michael J. Lohnes | michael.lohnes@kattenlaw.com |
| Richard H. Zelichov | richard.zelichov@kattenlaw.com |
| Gil M. Soffer | gil.soffer@kattenlaw.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Joshua E. D'Ancona
Joshua E. D'Ancona

CLASS REPRESENTATIVES' NOTICE OF MOTION AND UNOPPOSED MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE
CASE NO.: 3:14-CV-2129-MMA-AGS

3