Chet A. Kronenberg (State Bar No. 222335)
ckronenberg@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

Jonathan K. Youngwood (*pro hac vice*)
jyoungwood@stblaw.com
Janet A. Gochman (*pro hac vice*)
jgochman@stblaw.com
Isaac M. Rethy (*pro hac vice* pending)
irethy@stblaw.com
Dean McGee (*pro hac vice*)
dean.mcgee@stblaw.com
Meredith D. Karp (*pro hac vice*)
meredith.karp@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Defendants SeaWorld
Entertainment, Inc., James M. Heaney, Marc
Swanson, and The Blackstone Group L.P.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No. 3:14-cv-02129-MMA-AGS<br><br>**DECLARATION OF JONATHAN K. YOUNGWOOD IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF CHAD COFFMAN**<br><br>Action Filed: September 9, 2014<br>Trial Date: September 5, 2019<br><br>Hearing: August 12, 2019, 2:30 p.m.<br>Room: 3D<br>Judge: Hon. Michael M. Anello<br><br>[Filed concurrently herewith: Notice of Motion and Motion to Exclude the Testimony of Chad Coffman; Memorandum of Points and Authorities] |

# DECLARATION OF JONATHAN K. YOUNGWOOD

I, Jonathan K. Youngwood, hereby declare:

1. I am a member of the bar of the State of New York and I am admitted *pro hac vice* to practice before this Court. I am a partner of Simpson Thacher & Bartlett LLP, counsel for Defendants SeaWorld Entertainment, Inc. ("SeaWorld"), James M. Heaney, Marc Swanson and The Blackstone Group L.P. (collectively, "Defendants"). I make this declaration in support of Defendants' Motion to Exclude the Testimony of Chad Coffman. The statements contained herein are within my personal knowledge or the files of my firm.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Expert Report of Chad Coffman, dated January 22, 2019. | Exhibit 1 |
| Expert Rebuttal Report of Chad Coffman, dated March 1, 2019. | Exhibit 2 |
| Excerpts from the transcript of the deposition of Chad Coffman, held on July 20, 2017. | Exhibit 3 |
| SeaWorld's Press Release (Form 8-K), filed with the SEC on August 13, 2014. | Exhibit 4 |
| Excerpts from SeaWorld's Press Release (Form 8-K), filed with the SEC on March 13, 2014. | Exhibit 5 |
| Excerpts from the transcript of the deposition of Chad Coffman, held on March 26, 2019. | Exhibit 6 |
| "SEAS: Seasick, But Sticking With Buy," MoffettNathanson Research (Aug. 13, 2014), bearing Bates numbers LEWIS_SW00430 through LEWIS_SW00437. | Exhibit 7 |
| "SEAS: 2Q14 Earnings Review; Reiterate BUY Rating," KeyBanc Capital Markets (Aug. 14, 2014), bearing Bates numbers COFFMAN-01746 through COFFMAN-01754. | Exhibit 8 |
| "SEAS: Downgrading Rating-Significantly Lower Guidance/Visibility," Wells Fargo (Aug. 14, 2014), bearing Bates | Exhibit 9 |

1
Declaration of Jonathan K. Youngwood in Support of Defendants'
Motion to Exclude the Testimony of Chad Coffman
Case No. 3:14-cv-02129-MMA-AGS

| | |
|---|---|
| numbers COFFMAN-01762 through COFFMAN-01774. | |
| SeaWorld Entertainment, Inc., 2Q14 Earnings Call Transcript, Thomson Reuters, dated August 13, 2014. | Exhibit 10 |
| Material produced by Defendants, bearing Bates numbers BakerSW0293368 through BakerSW0293369. | Exhibit 11 |
| Expert Rebuttal Report of Craig M. Lewis, dated March 1, 2019. | Exhibit 12 |
| "Attendance rising, thesis intact," Macquarie (USA) Equities Research (Jan. 17, 2014), bearing Bates numbers COFFMAN-01457 through COFFMAN-01464. | Exhibit 13 |
| Paul Herbig et al., *A Model of Reputation Building and Destruction*, 31 J. Bus. Res. 23 (1994), bearing Bates numbers COFFMAN-00950 through COFFMAN-00958. | Exhibit 14 |

Executed this 15th day of April, 2019 at New York, New York.

                                               */s/ Jonathan K. Youngwood*
                                                   Jonathan K. Youngwood

2
Declaration of Jonathan K. Youngwood in Support of Defendants'
Motion to Exclude the Testimony of Chad Coffman
Case No. 3:14-cv-02129-MMA-AGS