**NOONAN LANCE BOYER & BANACH LLP**
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, California 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com

*Liaison Counsel for the Class*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LOU BAKER, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

SEAWORLD ENTERTAINMENT, INC., et al.,

Defendants.

No. 3:14-cv-02129-MMA-AGS

**CLASS ACTION**

**CLASS REPRESENTATIVES' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE OF THE SETTLEMENT TO THE CLASS**

Hearing Date: TBD
Time: TBD
Courtroom: 3D
Judge: Hon. Michael M. Anello

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Court-appointed Class Representatives, Arkansas Public Employees Retirement System ("APERS") and Pensionskassen For Børne-Og Ungdomspaedagoger ("PBU") (collectively, "Class Representatives"), by and through their undersigned attorneys, and on behalf of the Court-certified Class, as defined below, will and hereby do move the Honorable Michael M. Anello, in Courtroom 3D of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, California 92101, for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"): (i) granting preliminary approval of the proposed class action settlement on the terms set forth in the Stipulation and Agreement of Settlement dated February 10, 2020 ("Stipulation" or "Settlement");[1] (ii) approving the form and manner of notice of the proposed Settlement to the Class;[2] and (iii) setting a hearing date for final approval of the Settlement ("Settlement Fairness Hearing"), as well as the schedule for various deadlines in connection with the Settlement.

---

[1] All capitalized terms not defined herein have the meanings ascribed to them in the Stipulation. The Stipulation is attached to the D'Ancona Declaration filed herewith.

[2] The "Class" is the identical class that was certified by Order of the Court dated November 29, 2017 (ECF No. 259), consisting of all persons and entities who purchased or otherwise acquired the publicly traded common stock of SeaWorld Entertainment, Inc. ("SeaWorld") between August 29, 2013 and August 12, 2014 (the "Class Period"), who did not sell such acquired securities before August 13, 2014, and were damaged (the "Class"). Excluded from the Class by definition are: (i) SeaWorld, The Blackstone Group L.P. (n/k/a The Blackstone Group Inc.), James Atchison, James M. Heaney, and Marc Swanson (collectively, "Defendants"); (ii) present or former executive officers of SeaWorld, members of SeaWorld's Board of Directors, and members of their immediate families; (iii) any of the foregoing persons' legal representative, heirs, successors or assigns; and (iv) any entity in which Defendants have or had a controlling interest or any affiliate of SeaWorld. Also excluded from the Class are any persons and entities that previously submitted a request for exclusion in connection with Class Notice as set forth on Appendix 1 to the Stipulation. Court-appointed "Class Counsel" are Kessler Topaz Meltzer & Check, LLP and Nix Patterson, LLP.

This motion is based upon: (i) this Notice of Motion; (ii) the Memorandum of Points and Authorities in support thereof; (iii) the Declaration of Joshua E. D'Ancona ("D'Ancona Declaration"), filed simultaneously herewith; (iv) the Stipulation; (v) the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice; (vi) the pleadings and records on file in this Action; and (vii) other such matters and argument as the Court may consider at the hearing of this motion.

DATED: February 11, 2020

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Joshua E. D'Ancona*
Gregory M. Castaldo
Joshua E. D'Ancona
Joshua A. Materese
Samuel C. Feldman
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
gcastaldo@ktmc.com
jdancona@ktmc.com
jmaterese@ktmc.com
sfeldman@ktmc.com

-and-

Stacey M. Kaplan (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
skaplan@ktmc.com

**NIX PATTERSON, LLP**
Jeffrey J. Angelovich
Bradley E. Beckworth

Cody L. Hill
3600 N. Capital of Texas Hwy.
Suite B350
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5332
jangelovich@nixlaw.com
bbeckworth@nixlaw.com
codyhill@nixlaw.com

-and-

Susan Whatley
P.O. Box 178
Linden, TX 75563
Tel: (903) 215-8310
swhatley@nixlaw.com

*Co-Class Counsel for Class Representatives and the Class*

**NOONAN LANCE BOYER & BANACH LLP**
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, CA 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com

*Liaison Counsel for the Class*

**KEIL & GOODSON P.A.**
John C. Goodson
406 Walnut Street
Texarkana, AR 71954
Tel: (870) 772-4113
jcgoodson@kglawfirm.com

**GRANT & EISENHOFER P.A.**
Jeff A. Almeida
123 Justison Street
7th Floor
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
jalmeida@gelaw.com

*Additional Counsel for Class Representatives*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Chet A. Kronenberg | ckronenberg@stblaw.com |
| Jonathan K. Youngwood | jyoungwood@stblaw.com |
| Janet A. Gochman | jgochman@stblaw.com |
| Meredith D. Karp | meredith.karp@stblaw.com |
| Dean M. McGee | dean.mcgee@stblaw.com |
| Michael J. Diver | michael.diver@kattenlaw.com |
| Michael J. Lohnes | michael.lohnes@kattenlaw.com |
| Richard H. Zelichov | richard.zelichov@kattenlaw.com |
| Gil M. Soffer | gil.soffer@kattenlaw.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Joshua E. D'Ancona*
Joshua E. D'Ancona