**NOONAN LANCE BOYER &
BANACH LLP**
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, CA 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com

*Liaison Counsel for the Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>    Defendants. | Case No. 3:14-cv-2129-MMA-AGS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOSHUA E. D'ANCONA IN SUPPORT OF CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE OF THE SETTLEMENT TO THE CLASS** |

I, Joshua E. D'Ancona, hereby declare as follows:

1. I am a partner with the law firm of Kessler Topaz Meltzer & Check, LLP, which was appointed as Co-Class Counsel by the Court in this action on November 29, 2017. *See* ECF No. 259. I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated February 10, 2020 (the "Stipulation").

3. Attached hereto as Exhibit A to the Stipulation is a true and correct copy of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

4. Attached hereto as Exhibit A-1 to the Stipulation is a true and correct copy of the Postcard Notice.

5. Attached hereto as Exhibit A-2 to the Stipulation is a true and correct copy of the Notice of (I) Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses.

6. Attached hereto as Exhibit A-3 to the Stipulation is a true and correct copy of the Summary Notice of (I) Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses.

7. Attached hereto as Exhibit A-4 to the Stipulation is a true and correct copy of the Proof of Claim and Release Form.

8. Attached hereto as Exhibit B to the Stipulation is a true and correct copy of the Judgment Approving Class Action Settlement.

9. Attached hereto as Exhibit 2 is a true and correct copy of *In re Banco Bradesco S.A. Sec. Litig.*, No. 1:16-cv-04155 (GHW) (S.D.N.Y. July 24, 2019), ECF No. 197.

10. Attached hereto as Exhibit 3 is a true and correct copy of *In re Med. Capital Sec. Litig.*, Case No. 10-2145-DOC (RNBx), slip op. (C.D. Cal. May 6, 2013).

1

DECLARATION OF JOSHUA E. D'ANCONA IN SUPPORT OF CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT
3:14-CV-2129-MMA-AGS

11. Attached hereto as Exhibit 4 is a true and correct copy of *Middlesex Retirement System, et al. v. Quest Software, et al.*, Case No. 2:06-06863-DOC (RNBx).

12. Attached hereto as Exhibit 5 is a true and correct copy of *Pace v. PetSmart*, No. 8:13-cv-00500-DOC-RNB, slip op. (C.D. Cal. Jan. 14, 2015).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of February, 2020.

                                         */s/ Joshua E. D'Ancona*
                                         Joshua E. D'Ancona

2

DECLARATION OF JOSHUA E. D'ANCONA IN SUPPORT OF CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT
3:14-CV-2129-MMA-AGS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Joshua E. D'Ancona*
Joshua E. D'Ancona