# EXHIBIT A-1

The parties in *Baker v. SeaWorld Entertainment, Inc., et al.*, No. 3:14-cv-2129-MMA-AGS ("Action") have reached a proposed settlement of the claims against SeaWorld Entertainment, Inc. ("SeaWorld"), The Blackstone Group L.P. (n/k/a The Blackstone Group Inc.), James Atchison, James M. Heaney, and Marc Swanson (collectively, "Defendants"). If approved, the Settlement will resolve the Action in which Class Representatives alleged that certain Defendants made false and misleading statements and omissions denying the 2013 documentary film *Blackfish* had any impact on attendance at certain of SeaWorld's parks or its business. Defendants deny any liability or wrongdoing. You received this notice because you, or an investment account for which you serve as a custodian, may be a member of the following certified Class: all persons and entities who purchased or otherwise acquired the publicly traded common stock of SeaWorld between August 29, 2013 and August 12, 2014, who did not sell such acquired securities before August 13, 2014, and were damaged.

Pursuant to the Settlement, Defendants have agreed to pay $65,000,000, which, after deduction of Court-awarded fees and expenses, notice and administration costs, and taxes, will be allocated among Class Members who submit valid claims, in exchange for the Settlement of the Action and the release of all claims asserted in the Action and related claims. **For additional information regarding the Settlement, please review the full Notice at www.SeaWorldSecuritiesLitigation.com. If you are a Class Member,** your *pro rata* share of the Settlement will depend on the number of valid claims submitted, and the number, size, and timing of your transactions in SeaWorld common stock during the relevant time period. If all Class Members elect to participate in the Settlement, the estimated average recovery per eligible share of SeaWorld common stock will be approximately $1.05 *before* deduction of Court-approved fees and expenses. Your actual share of the Settlement will be determined by the Plan of Allocation set forth in the full Notice, or other plan ordered by the Court.

**To qualify for a payment from the Settlement, you must submit a valid Claim Form.** The Claim Form can be found and submitted on the Settlement Website, or you can request that one be mailed to you. **Claim Forms must be postmarked (if mailed), or submitted online, by _____, 2020.** If you want to object to any aspect of the Settlement, you must file and serve an objection by _____, 2020. The full Notice provides instructions on how to submit a Claim Form and how to object, all of which you must comply with. Because Class Members were previously provided the opportunity to request exclusion from the Class in connection with class certification, the Court is not permitting a second opportunity to request exclusion in connection with the settlement proceedings.

The Court will hold a hearing on _____, 2020 at __:__ _.m.,** to consider, among other things, whether to approve the Settlement and a request by the lawyers representing the Class for up to 22% of the Settlement Fund in attorneys' fees, plus litigation expenses of no more than $2.8 million (which equals a cost of approximately $0.28 per share of SeaWorld common stock). You may attend the hearing and ask to be heard by the Court, but you do not have to. **For more information, call 1-877-893-2672, send an email to info@SeaWorldSecuritiesLitgation.com, or visit www.SeaWorldSecuritiesLitigation.com.**

Baker v. SeaWorld Entertainment, Inc.
Claims Administrator
P.O. Box 3170
Portland, OR  97208-3170

### *COURT-ORDERED LEGAL NOTICE*

*Baker v. SeaWorld Entertainment, Inc., et al.*
Case No.: 3:14-cv-2129-MMA-AGS (S.D. Cal.)

**Your legal rights may be affected by this securities class action. You may be eligible for a cash payment from the Settlement. Please read this Notice carefully.**

**For more information, please visit www.SeaWorldSecuritiesLitigation.com or call 1-877-893-2672.**