Exhibit A-3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>　　　　Defendants. | Case No.: 3:14-cv-2129-MMA-AGS<br><br>**CLASS ACTION** |

### SUMMARY NOTICE OF (I) PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

**TO: All persons and entities who purchased or otherwise acquired the publicly traded common stock of SeaWorld Entertainment, Inc. ("SeaWorld") between August 29, 2013 and August 12, 2014, who did not sell such acquired securities before August 13, 2014, and were damaged ("Class").** Certain persons and entities are excluded from the Class as set forth in detail in the Stipulation and Agreement of Settlement dated February 10, 2020 ("Stipulation") and the Notice described below.

**PLEASE READ THIS NOTICE CAREFULLY; YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

　　YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of California ("Court"), that the Court-appointed Class Representatives Arkansas Public Employees Retirement System and Pensionskassen For Børne-Og Ungdomspædagoger ("Class Representatives"), on behalf of themselves and the Court-certified Class in the above-captioned securities class action ("Action"), have

reached a proposed settlement of the Action with defendants SeaWorld, The Blackstone Group L.P. (now known as The Blackstone Group Inc.), James Atchison, James M. Heaney, and Marc Swanson (collectively, "Defendants"), for $65,000,000 in cash that, if approved, will resolve all claims in the Action.

A hearing will be held on _____ \_\_, **2020 at \_\_:\_\_ \_.m.**, before the Honorable Michael M. Anello at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, Courtroom 3D, to determine whether: (i) the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) the Action should be dismissed with prejudice against Defendants, and the releases specified and described in the Stipulation (and in the Notice described below) should be entered; (iii) the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) Class Counsel's motion for attorneys' fees and reimbursement of litigation expenses should be approved.

**If you are a member of the Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**. This notice provides only a summary of the information contained in the detailed Notice of (I) Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice"). You may obtain a copy of the Notice, along with the Claim Form, on the website for the Action, www.SeaWorldSecuritiesLitigation.com. You may also obtain a copy of the Notice and Claim Form by contacting the Claims Administrator at *Baker v. SeaWorld Entertainment, Inc., et al.*, c/o Epiq Class Action & Claims Solutions, Inc., P.O. Box 3170, Portland, OR 97208-3170; by calling toll free 1-877-893-2672; or by sending an email to info@SeaWorldSecuritiesLitigation.com.

If you are a member of the Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form ***postmarked (if mailed), or online, no later than*** _____***, 2020***, in accordance with the instructions set forth in the Claim Form. If you are a Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any releases, judgments, or orders entered by the Court in the Action.

Any objections to the proposed Settlement, the proposed Plan of Allocation, and/or Class Counsel's motion for attorneys' fees and reimbursement of litigation expenses, must be filed with the Court and delivered to Class Counsel and Defendants' Counsel such that they are ***received no later than*** _____***, 2020***,

in accordance with the instructions set forth in the Notice. As this Class was previously certified and, in connection therewith, Class Members had the opportunity to exclude themselves from the Class, the Court has exercised its discretion not to allow a second opportunity for exclusion in connection with the settlement proceedings.

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.** All questions about this notice, the Settlement, or your eligibility to participate in the Settlement should be directed to the Claims Administrator or Class Counsel.

Requests for the Notice and Claim Form should be made to the Claims Administrator:

*Baker v. SeaWorld Entertainment, Inc., et al.*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 3170
Portland, OR 97208-3170

1-877-893-2672
info@SeaWorldSecuritiesLitigation.com
www.SeaWorldSecuritiesLitigation.com

All other inquiries should be made to Class Counsel:

| | |
|---|---|
| Joshua E. D'Ancona, Esq. | Jeffrey J. Angelovich, Esq. |
| Kessler Topaz Meltzer & Check, LLP | Nix Patterson, LLP |
| 280 King of Prussia Road | 3600 N. Capital of Texas Hwy. |
| Radnor, PA 19087 | Suite B350 |
| 1-610-667-7706 | Austin, TX 78746 |
| info@ktmc.com | 1-512-328-5333 |
| www.ktmc.com | www.nixlaw.com |

DATED: _____, 2020          BY ORDER OF THE COURT
United States District Court
Southern District of California