# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 14cv2129-MMA (AGS)<br><br>**ORDER GRANTING CLASS REPRESENTATIVES' UNOPPOSED EX PARTE MOTION TO EXTEND NOTICE DEADLINES**<br><br>[Doc. No. 519] |

On March 13, 2020, Class Representatives, Arkansas Public Employees Retirement System and Pensionskassen For Børne-Og Ungdomspaedagoger (collectively, "Class Representatives"), filed an *ex parte* motion to extend the current notice deadlines set forth in the Court's Order Granting Class Representatives' Unopposed Motion for Preliminary Approval of Class Action Settlement and Authorizing Dissemination of Notice of the Settlement to the Class ("Preliminary Approval Order" or "PAO") (Doc. No. 518). *See* Doc. No. 519. Epiq Class Action & Claims Solutions, Inc. ("Epiq"), retained to administer the Settlement of the Action as the Claims Administrator, experienced a cyber incident on February 29, 2020, which required it to take its systems

offline.  *See id.*  As a result, Epiq is unable to disseminate notice under the current deadlines established by the Preliminary Approval Order.  *See id.*  Class Representatives request a thirty-day extension for Epiq to perform its notice obligations.  *See id.*  Defendants do not oppose the motion.  *See id.*

Upon due consideration, good cause appearing, the Court **GRANTS** Class Representatives' unopposed *ex parte* motion.  The new deadline for mailing, or emailing, the Postcard Notice to potential Class Members and mailing the Notice and Claim Form to brokers and nominees is **April 17, 2020**.  PAO ¶ 4(a).  Relatedly, the website for the Action, www.SeaWorldSecuritiesLitigation.com, will be updated contemporaneously with the mailing of the Postcard Notice, including the posting of downloadable copies of the Notice and Claim Form.  PAO ¶ 4(b).  The new deadline for publishing the Summary Notice is **April 27, 2020**.  PAO ¶ 4(c).

All other dates established pursuant to the Preliminary Approval Order, including the date of the Settlement Fairness Hearing, are not altered by this Order and remain as follows: (i) Class Counsel's briefing in support of final approval of Settlement, Plan of Allocation, and motion for attorneys' fees and Litigation Expenses is due no later than **June 17, 2020** (PAO ¶ 22); (ii) the deadline for appearances and objections is **July 1, 2020** (PAO ¶¶ 12 & 13); (iii) Class Counsel's reply papers are due no later than **July 15, 2020** (PAO ¶ 22), (iv) the deadline for submission of Claim Forms is **July 16, 2020** (PAO ¶ 8); and (v) the Settlement Fairness Hearing is **July 22, 2020 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated:  March 16, 2020

HON. MICHAEL M. ANELLO
United States District Judge