NOONAN LANCE BOYER & BANACH LLP
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, California 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com

*Liaison Counsel for the Class*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEAWORLD ENTERTAINMENT, INC., *et al.*,<br><br>Defendants. | Case No. 3:14-cv-02129-MMA-AGS<br><br>**CLASS ACTION**<br><br>**CLASS REPRESENTATIVES' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Hearing Date: July 22, 2020<br>Time:        10:00 a.m. PDT<br>Courtroom:   3D<br>Judge:       Hon. Michael M. Anello |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 22, 2020 at 10:00 a.m., in Courtroom 3D of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, California 92101, before the Honorable Michael M. Anello, the Court-appointed Class Representatives, Arkansas Public Employees Retirement System and Pensionskassen For Børne-Og Ungdomspaedagoger (the "Class Representatives"), by and through their undersigned attorneys, and on behalf of the Court-certified Class, will and hereby do move for Orders pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i) granting final approval of the proposed class action settlement on the terms set forth in the Stipulation and Agreement of Settlement, dated February 10, 2020 ("Stipulation" or "Settlement");[1] and (ii) approving the proposed plan for allocating the net proceeds of the Settlement to the Class ("Plan of Allocation").

This motion is based upon, *inter alia*: (i) this Notice of Motion; (ii) the Memorandum of Points and Authorities in support thereof, filed simultaneously herewith; (iii) the accompanying Joint Declaration of Joshua E. D'Ancona and Jeffrey J. Angelovich in Support of (A) Class Representatives' Motion for Final Approval of Settlement and Plan of Allocation; and (B) Class Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses and the exhibits attached thereto; (iv) the Stipulation; (v) the pleadings, motions, briefs, evidence, and other records on file in this Action; and (vi) other such matters, evidence, and argument as the Court may consider at or prior to the hearing of this motion. This motion is made pursuant to the Court's February 19, 2020 Order Granting Class Representatives' Unopposed Motion for Preliminary Approval of Class Action Settlement and Authorizing Dissemination of Notice of the Settlement to the Class (ECF No. 518, "Preliminary Approval Order").

---

[1] All capitalized terms not defined herein have the meanings ascribed to them in the Stipulation located on the Court's docket at ECF No. 516-3.

CLASS REPRESENTATIVES' NOTICE OF MOTION AND MOTION FOR
FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION
CASE NO. 3:14-CV-02129-MMA-AGS

1

1  Class Counsel are not aware of any opposition to the motion. Pursuant to the
2  Preliminary Approval Order, any objections must be filed by July 1, 2020. Proposed
3  Orders granting the relief requested herein will be submitted in connection with Class
4  Representatives' reply submission on or before July 15, 2020, pursuant to the
5  Preliminary Approval Order and after the deadline for objections has passed.

DATED: June 17, 2020                    Respectfully submitted,

**KESSLER TOPAZ MELTZER
& CHECK, LLP**

*/s/ Joshua E. D'Ancona*
Gregory M. Castaldo
Joshua E. D'Ancona
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
gcastaldo@ktmc.com
jdancona@ktmc.com
jmaterese@ktmc.com

-and-

Stacey M. Kaplan (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
skaplan@ktmc.com

**NIX PATTERSON, LLP**
Jeffrey J. Angelovich
Bradley E. Beckworth
Cody L. Hill
3600 N. Capital of Texas Hwy.,

Suite B350
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5332
jangelovich@nixlaw.com
bbeckworth@nixlaw.com
codyhill@nixlaw.com

-and-

Susan Whatley
P.O. Box 178
Linden, TX 75563
Tel: (903) 215-8310
swhatley@nixlaw.com

*Co-Class Counsel for Class Representatives and the Class*

**NOONAN LANCE BOYER
  & BANACH LLP**
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, CA 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com

*Liaison Counsel for the Class*

**KEIL & GOODSON P.A.**
John C. Goodson
406 Walnut Street
Texarkana, AR 71954
Tel: (870) 772-4113
jcgoodson@kglawfirm.com

CLASS REPRESENTATIVES' NOTICE OF MOTION AND MOTION FOR
FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION
CASE NO. 3:14-CV-02129-MMA-AGS

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GRANT & EISENHOFER P.A.**
Jeff A. Almeida
123 Justison Street
7th Floor
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
jalmeida@gelaw.com

*Additional Counsel for Class Representatives*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Chet A. Kronenberg — ckronenberg@stblaw.com
Jonathan K. Youngwood — jyoungwood@stblaw.com
Janet A. Gochman — jgochman@stblaw.com
Meredith D. Karp — meredith.karp@stblaw.com
Dean M. McGee — dean.mcgee@stblaw.com
Michael J. Diver — michael.diver@kattenlaw.com
Michael J. Lohnes — michael.lohnes@kattenlaw.com
Richard H. Zelichov — richard.zelichov@kattenlaw.com
Gil M. Soffer — gil.soffer@kattenlaw.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Joshua E. D'Ancona*
Joshua E. D'Ancona