NOONAN LANCE BOYER &
 BANACH LLP
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, California 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com

*Liaison Counsel for the Class*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No. 3:14-cv-02129-MMA-AGS<br><br>**CLASS ACTION**<br><br>**CLASS COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**<br><br>Hearing Date: July 22, 2020<br>Time: 10:00 a.m. PDT<br>Courtroom: 3D<br>Judge: Hon. Michael M. Anello |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 22, 2020 at 10:00 a.m., in Courtroom 3D of the United States District Court for the Southern District of California, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, the Honorable Michael M. Anello presiding, Kessler Topaz Meltzer & Check, LLP and Nix Patterson, LLP (together, Court-appointed "Class Counsel"), counsel for plaintiffs Arkansas Public Employees Retirement System and Pensionskassen For Børne-Og Ungdomspædagoger (together, Court-appointed "Class Representatives") and the certified Class, will and hereby do move, pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, for an Order granting an award of attorneys' fees and litigation expenses in the above-captioned securities class action.

This motion is made pursuant to the Court's February 19, 2020 Order Granting Class Representatives' Unopposed Motion for Preliminary Approval of Class Action Settlement and Authorizing Dissemination of Notice of the Settlement to the Class (ECF No. 518) ("Preliminary Approval Order") and is based on (i) this Notice of Motion; (ii) the supporting Memorandum of Points and Authorities in Support of Class Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses submitted herewith; (iii) the accompanying Joint Declaration of Joshua E. D'Ancona and Jeffery J. Angelovich in Support of (A) Class Representatives' Motion for Final Approval of Settlement and Plan of Allocation; and (B) Class Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses, and the exhibits attached thereto; (iv) the pleadings and records on file in this action; and (v) other such matters and argument as the Court may consider at the hearing of this motion.

CLASS COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND LITIGATION EXPENSES
CASE NO. 3:14-CV-02129-MMA-AGS

1

1   Class Counsel are not aware of any opposition to the motion. Pursuant to the
2  Preliminary Approval Order, any objection to the request for attorneys' fees and
3  litigation expenses must be filed on or before July 1, 2020. A proposed Order will be
4  submitted with Class Counsel's reply brief, which will be filed on July 15, 2020, after
5  the deadline for objections has passed.

7  DATED: June 17, 2020       Respectfully submitted,

**KESSLER TOPAZ MELTZER
& CHECK, LLP**

*/s/ Joshua E. D'Ancona*
Gregory M. Castaldo
Joshua E. D'Ancona
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
gcastaldo@ktmc.com
jdancona@ktmc.com
jmaterese@ktmc.com

-and-

Stacey M. Kaplan (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
skaplan@ktmc.com

**NIX PATTERSON, LLP**
Jeffrey J. Angelovich
Bradley E. Beckworth

Cody L. Hill
3600 N. Capital of Texas Hwy.
Suite B350
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5332
jangelovich@nixlaw.com
bbeckworth@nixlaw.com
codyhill@nixlaw.com

-and-

Susan Whatley
P.O. Box 178
Linden, TX 75563
Tel: (903) 215-8310
swhatley@nixlaw.com

*Co-Class Counsel for Class Representatives and the Class*

**NOONAN LANCE BOYER & BANACH LLP**
David J. Noonan (Bar No. 55966)
Ethan T. Boyer (Bar No. 173959)
701 Island Avenue, Suite 400
San Diego, CA 92101
Tel: (619) 780-0880
dnoonan@noonanlance.com
eboyer@noonanlance.com

*Liaison Counsel for the Class*

**KEIL & GOODSON P.A.**
John C. Goodson
406 Walnut Street
Texarkana, AR 71954
Tel: (870) 772-4113
jcgoodson@kglawfirm.com

|   |   |
|---|---|
| 1 | |
| 2 | **GRANT & EISENHOFER P.A.** |
| 3 | Jeff A. Almeida |
| 4 | 123 Justison Street |
|   | 7th Floor |
| 5 | Wilmington, DE 19801 |
| 6 | Tel: (302) 622-7000 |
|   | Fax: (302) 622-7100 |
| 7 | jalmeida@gelaw.com |
| 8 | *Additional Counsel for Class Representatives* |

CLASS COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND LITIGATION EXPENSES
CASE NO. 3:14-CV-02129-MMA-AGS

4

# CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Chet A. Kronenberg | ckronenberg@stblaw.com |
| Jonathan K. Youngwood | jyoungwood@stblaw.com |
| Janet A. Gochman | jgochman@stblaw.com |
| Meredith D. Karp | meredith.karp@stblaw.com |
| Dean M. McGee | dean.mcgee@stblaw.com |
| Michael J. Diver | michael.diver@kattenlaw.com |
| Michael J. Lohnes | michael.lohnes@kattenlaw.com |
| Richard H. Zelichov | richard.zelichov@kattenlaw.com |
| Gil M. Soffer | gil.soffer@kattenlaw.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Joshua E. D'Ancona*
Joshua E. D'Ancona