# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU BAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAWORLD ENTERTAINMENT, INC., *et al.*,<br><br>Defendants. | Case No.: 14-cv-02129-MMA-AGS<br><br>**ORDER AND NOTICE OF PROCEDURE FOR JULY 22, 2020, 10 A.M. PST SETTLEMENT FAIRNESS HEARING**<br><br>Hearing Date: July 22, 2020<br>Time: 10:00 a.m. PST<br>Courtroom: 3D |

On February 19, 2020, the Court entered the Preliminary Approval Order, scheduling the final hearing on the Settlement and related matters (hereinafter, "Settlement Fairness Hearing") for July 22, 2020 at 10:00 a.m. Doc. No. 518. Since then, a national state of emergency has been declared in response to the spread of the novel coronavirus ("COVID-19"). For everyone's health and safety, the general population of California is under a gubernatorial order to "shelter-in-place."

On March 29, 2020, the Judicial Conference of the United States found that, pursuant to the Coronavirus Aid, Relief, and Economic Security Act, emergency conditions with respect to COVID-19 have materially affected and will affect the functioning of the federal courts. Public health recommendations and restrictions have

impacted the Court's ability to function as it usually does, to conduct in-person proceedings, and has impaired the availability of counsel, parties, and Court staff to be present in the courtroom.

The Court therefore finds that the use of teleconferencing to conduct the scheduled Settlement Fairness Hearing, with the consent of the parties, is in the interest of justice. Any class members or objectors interested in attending the Settlement Fairness Hearing may do so telephonically by contacting the law firms of Kessler Topaz Meltzer & Check, LLP and Nix Patterson, LLP (collectively, Court-appointed "Class Counsel") or the Claims Administrator, Epiq Class Action & Claims Solutions, Inc. ("Epiq") for the necessary dial-in information. The contact information for Class Counsel is as follows: Joshua E. D'Ancona, Esq. of Kessler Topaz Meltzer & Check, LLP, 280 King of Prussia Road, Radnor, PA 19087, 1-610-667-7706, info@ktmc.com, www.ktmc.com; and Jeffrey J. Angelovich, Esq. of Nix Patterson, LLP, 3600 N. Capital of Texas Hwy., Suite B350, Austin, TX 78746, 1-512-328-5333, www.nixlaw.com. *See* Doc. No. 523-3 at 17 of 46.[1] The Claims Administrator may be contacted via telephone at 1-877-893-2672, via e-mail at info@SeaWorldSecuritiesLitigation.com, or by visiting the website for this action, www.SeaWorldSecuritiesLitigation.com. *See id*.

The Court further **ORDERS** Class Counsel to list the dial-in information for the Settlement Fairness Hearing on the class settlement website, www.SeaWorldSecuritiesLitigation.com, upon receiving the information from the Court. Being that class members in this case were provided notice that the Settlement Fairness Hearing would take place in person (*see id.* at 18 of 46), the Court will allow for any class members or objectors to the proposed settlement agreement to be physically present for the July 22, 2020 Settlement Fairness Hearing, subject to this District's Orders of the Chief Justice regarding entering the courthouse and attending court proceedings in

---

[1] The Court's citations to documents herein refer to the pagination assigned by the Court's CM/ECF docketing system at the top right corners of the documents.

person. *See, e.g.*, Order of the Chief Justice No. 29, *available at* https://www.casd.uscourts.gov/_assets/pdf/news/Order%20of%20the%20Chief%20Judge%2031-A.pdf.

**IT IS SO ORDERED.**

Dated: July 13, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge